1 | **CAREY D. GORDEN**
California State Bar No. 236251
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: carey_gorden@fd.org

5 | Attorneys for Joseph Michael Spence

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE PETER C. LEWIS)**

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ8043-01 |
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | **CERTIFICATE OF SERVICE** |
| 14 | JOSEPH MICHAEL SPENCE, | ) | |
| 15 | Defendant. | ) | |
| 16 | _____ | ) | |

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19 | U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov;

20

21 | John R. Fielding, Jr.
jfieldingattyatlaw@yahoo.com,dleacu@yahoo.com; and

22 | Thomas G. Gilmore
tgglaw@sbcglobal.net

23

24 | Respectfully submitted,

25

26 | DATED:        January 28, 2008              /s/ Carey D. Gorden
_____
**CAREY D. GORDEN**
27 | Federal Defenders of San Diego, Inc.
Attorneys for Joseph Michael Spence

28