KAREN P. HEWITT
United States Attorney
DAVID D. LESHNER
Assistant U.S. Attorney
California State Bar No. 207815
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7163
David.Leshner@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-CR-0284-LAB |
| Plaintiff, | DATE: March 17, 2008<br>TIME: 2:00 p.m. |
| v. | |
| JOSEPH MICHAEL SPENCE, | **UNITED STATES' NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY** |
| Defendant. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and David D. Leshner, Assistant United States Attorney, and hereby files its Motion for Reciprocal Discovery in the above-referenced case. Said motion is based upon the files and records of this case together with the attached memorandum of points and authorities.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I**

**STATEMENT OF THE CASE**

On February 5, 2008, defendant Joseph Michael Spence was arraigned on a two-count Indictment charging him with bringing in illegal aliens for financial gain, transportation of illegal aliens and aiding and abetting, in violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii); 1324(a)(1)(A)(ii) and (v)(II); and Title 18, United States Code, Section 2. Defendant entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

**A.    Defendant's Apprehension**

On January 20, 2008, Border Patrol Agent J. Gutierrez was performing line watch duties approximately 1.7 miles east of the Calexico West Port of Entry. Agent Gutierrez was stationed near Bravo Ranch, an abandoned ranch approximately 30 yards north of the International Boundary Fence. Bowker Road runs north and south and bisects Bravo Ranch. Anza Road runs east and west between Bravo Ranch and the International Boundary Fence.

At approximately 11:47 a.m., Agent Gutierrez observed a suspected illegal alien climb over the International Boundary Fence and run north toward the intersection of Bowker Road and Anza Road. As Agent Gutierrez responded to the location, he observed a white PT Cruiser leaving the area. Agent Gutierrez observed the driver and recognized him as defendant Joseph Michael Spence. Believing that the suspected illegal alien had entered Spence's vehicle, agents attempted to perform a vehicle stop. However, Spence failed to yield, and agents discontinued the pursuit.

Border Patrol provided the Calexico Police Department with information concerning Spence's vehicle, and, at approximately 11:56 a.m., Calexico PD responded that they had detained the vehicle and its driver. Agent Gutierrez responded to the scene and recognized Spence as the vehicle driver. Following a search of the immediate vicinity, agents found a female, Yaqueline Cuevas-Roman, hiding nearby. Agent Gutierrez recognized Cuevas as the individual he saw climb over the International Boundary Fence near Bravo Ranch.

**B.      Defendant's Post-Arrest Statement**

Spence received <u>Miranda</u> warnings and declined to make a statement.

**C.      Material Witness' Statement**

The material witness, Yaqueline Cuevas-Roman, informed agents that she is a Mexican citizen without documents allowing her to legally enter or remain in the United States. Cuevas had traveled from her home in Zacatecas to Mexicali, where she met an unknown smuggler who offered to smuggle her into the United States for $3,000.

Cuevas stated that the smugglers helped her climb over the International Boundary Fence and told her a white Chrysler would pick her up. Agents showed Cuevas a six-pack photo lineup, and she identified defendant Spence as the driver of the vehicle who picked her up.

**III**

**MOTION FOR RECIPROCAL DISCOVERY**

The Government has and will continue to fully comply with its discovery obligations. To date, the Government has provided defendant with 119 pages of discovery, including arrest reports, defendant's rap sheet and a DVD of the material witness' statement.

The Government moves the Court to order defendant to provide all reciprocal discovery to which the Government is entitled under Federal Rules of Criminal Procedure 16(b) and 26.2. Specifically, Rule 16(b)(1) requires defendant to disclose to the Government all exhibits, documents and reports of testing or examination which he intends to use in his case-in-chief at trial and a written summary of the names, anticipated testimony, and bases for opinions of experts the defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IV**

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that the Court grant its motion.

DATED: February 20, 2008.   Respectfully submitted,

Karen P. Hewitt
United States Attorney

s/ David D. Leshner
DAVID D. LESHNER
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0284-LAB |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JOSEPH MICHAEL SPENCE, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES' NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Carey Gorden, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2008.

/s/ David D. Leshner
DAVID D. LESHNER