1 **CAREY D. GORDEN**
California Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101
Telephone: (619) 234-8467 ext. 3766
4

5 Attorneys for Mr. Spence

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,          )    U.S.D.C. No. 08CR0284-LAB
                                      )
12                                    )    Date:      March 17, 2008
                                      )    Time:      2:00 p.m.
13            Plaintiff,              )
                                      )    NOTICE OF MOTIONS AND MOTIONS TO:
14                                    )
                                      )    (1)   COMPEL  DISCOVERY  AND PRESERVE
15 v.                                 )          EVIDENCE ;
                                      )    (2)   SUPPRESS   EVIDENCE   UNDER   THE
16                                    )          FOURTH AMENDMENT AND
                                      )    (3)   GRANT LEAVE TO FILE FURTHER
17 JOSEPH MICHAEL SPENCE,             )          MOTIONS
                                      )
18                                    )
                                      )
19            Defendant.              )
                                      )
20                                    )
                                      )
21 _____  )

22

23 TO:      KAREN P. HEWIT, UNITED STATES ATTORNEY, AND
          DAVIS LESHNER, ASSISTANT UNITED STATES ATTORNEY.
24

25      PLEASE TAKE NOTICE that on March 17, 2008 at 2:00 p.m., or as soon thereafter as counsel may be

26 heard, Defendant Joseph Michael Spence, by and through her attorneys, Carey D. Gorden and Federal

27 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

28

1

**MOTIONS**

2       Defendant Joseph Michael Spence, by and through her attorneys, Carey D. Gorden and Federal

3  Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules

4  of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

5           (1)    Compel Discovery and Preserve Evidence;

6           (2)    Suppress Evidence Under the Fourth Amendment and;

7           (3)    Grant Leave to File Further Motions.

8       This motion is based upon the instant motions and notice of motions, the attached statement of facts

9  and memorandum of points and authorities, the files and records in the above-captioned matter, and any and

10 all other materials that may come to this Court's attention prior to or during the hearing of these motions.

11                                     Respectfully submitted,

12

13 Dated:  March 3, 2008             _s/ Carey D. Gorden_____
                                     **CAREY D. GORDEN**
                                     Federal Defenders of San Diego, Inc.
14                                   Attorneys for Mr. Spence

15

16

17

18

19

20

21

22

23

24

25

26

27

28