1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Joseph Michael Spence

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE LARRY ALAN BURNS)**

11 UNITED STATES OF AMERICA,       )   Case No. 08CR0284-LAB
                                   )
12             Plaintiff,          )
                                   )
13 v.                              )   **MOTION FOR ORDER**
                                   )   **TO SHORTEN TIME**
14 JOSEPH MICHAEL SPENCE,          )
                                   )
15             Defendant.          )
   _____ )

17     The above-named defendant, by and through counsel, moves this Court for an order shortening time
18 in which to file the attached motion to compel discovery and preserve evidence and suppress evidence under
19 the fourth amendment to fourteen (14) days, to be heard March 17, 2008, at 2:00 p.m. or as soon thereafter
20 as counsel may be heard, for the following reasons:

21     1)   Defense counsel wrote the wrong date pretrial motions were due to be filed with the United
22 States District Court.

23                                         Respectfully submitted,

25 DATED:      March 3, 2008              */s/ Carey D. Gorden*
                                          **CAREY D. GORDEN**
26                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Joseph Michael Spence