UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY ALAN BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0284-LAB |
| Plaintiff, ) | |
| v. ) | **ORDER TO SHORTEN TIME** |
| JOSEPH MICHAEL SPENCE, ) | |
| Defendant. ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the time in which to file the attached motion to compel discovery and preserve evidence and suppress evidence under the fourth amendment be shortened to four (14) days, to be heard March 17, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard.

IT IS SO ORDERED.

DATED: 3-14-08

HONORABLE LARRY ALAN BURNS
United States District Court Judge