ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  DAVID D. LESHNER
   Assistant United States Attorney
3  California State Bar No. 207815
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7163
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR0284-LAB
                                      )
12 |                     Plaintiff,   )
                                      )   STIPULATION OF FACT AND JOINT
13 |         v.                       )   MOTION FOR RELEASE OF
                                      )   MATERIAL WITNESS AND ORDER
14 | JOSEPH MICHAEL SPENCE,           )   THEREON
                                      )
15 |                     Defendant.   )
   |_____    )

16

17       IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES

18 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and David D.

19 Leshner, Assistant United States Attorney, and defendant JOSEPH MICHAEL SPENCE, by and

20 through and with the advice and consent of defense counsel, Carey D. Gorden, Federal Defenders

21 of San Diego, Inc., that:

22       1.    Defendant agrees to execute this stipulation on or before the change of plea hearing

23 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24 intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to Count Two

25 of the Indictment charging defendant with a non-mandatory minimum count of Transportation of

26 Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

27 //

28 //

MW on Bond

2. Defendant agrees to plead guilty to Count Two of the Indictment pursuant to the plea agreement on or before April 3, 2008

3. The material witness in this case, Yaqueline Cuevas-Roman:

    a. Is an alien with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about January 20, 2008;

    c. Was found attempting to hide in Calexico, California after exiting a vehicle driven by defendant, and defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right to enter or remain in the United States;

    d. Was paying $3,000 to others to be brought into the United States illegally and/or transported illegally to her destination therein; and,

    e. May be remanded immediately to the Department of Homeland Security for return to her country of origin.

4. After the material witness is ordered remanded by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witness; and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness who made the "testimonial" hearsay statements, defendant waives

1 | the right to confront and cross-examine the material witness in this case.

2 |      5.    By signing this stipulation and joint motion, defendant certifies that defendant has
3 | read it (or that it has been read to defendant in defendant's native language). Defendant certifies
4 | further that defendant has discussed the terms of this stipulation and joint motion with defense
5 | counsel and fully understands its meaning and effect.

6 |      Based on the foregoing, the parties jointly move the stipulation into evidence and for the
7 | immediate remand of the above-named material witness to the Department of Homeland Security
8 | for return to her country of origin.

9 |      It is STIPULATED AND AGREED this date.

10 |                         Respectfully submitted,

11 |                         KAREN P. HEWITT
12 |                         United States Attorney

13 | Dated: 4/2/08

14 |                         DAVID D. LESHNER
                         Assistant United States Attorney

15 |
16 | Dated: 4/1/08

                         CAREY D. GORDEN
17 |                          Defense Counsel for Joseph Michael Spence

18 | Dated: 4-1-08

19 |                         JOSEPH MICHAEL SPENCE
                         Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness And Order Thereon in
United States v. Joseph Michael Spence     3    08CR284-LAB

ORDER

Upon joint application and motion of the parties, and for good cause shown,

THE STIPULATION is admitted into evidence, and,

IT IS ORDERED that the above-named material witness be remanded forthwith to the Department of Homeland Security for return to her country of origin.

SO ORDERED.

Dated: 4/4/08

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of Material Witness And Order Thereon in United States v. Joseph Michael Spence

4

08CR284-LAB