**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
Facsimile:    (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant Spence

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0284-LAB |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **JOSEPH MICHAEL SPENCE,** | ) | |
| Defendant. | ) | |

    Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney and replacing Carey D. Gorden,  in the above-captioned case .

           Respectfully submitted,

Dated: June 20, 2008        *s/ ANDREW LAH*
             Federal Defenders of San Diego, Inc.
             Attorneys for Defendant
             andrew_lah@fd.org