1 | **ANDREW LAH**
California State Bar No. 234580
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 | Facsimile: (619) 687-2666
andrew_lah@fd.org

6 Attorneys for Mr. Spence

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,          )   Case No. 08cr0284-LAB
                                      )
12          Plaintiff,                )
                                      )
13 v.                                 )   **PROOF OF SERVICE**
                                      )
14 **JOSEPH MICHAEL SPENCE,**         )
                                      )
15          Defendant.                )
                                      )

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20     **Assistant United States Attorney**
       efile.dkt.gc1@usdoj.gov

22 Dated: June 20, 2008                          *s/ ANDREW LAH*
                                                 **ANDREW LAH**
23                                               Federal Defenders of San Diego, Inc.,
                                                 andrew_lah@fd.org